## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

5

**MICHELLE HORTON,**

        Plaintiff,

vs.

**CASE NO. 2005-72356**

**48th DISTRICT COURT** *for Birmingham,*
*Bloomfield Hills, Sylvan Lake, Keego*
*Harbor, Orchard Lake Village, and the*
*Townships of Bloomfield and West Bloomfield;*
*and* **JAMES P. HARKINS, JR.,** *individually*
*and in his official capacity,*

**HONORABLE SEAN F. COX**



DEC 1 2 2006

CLERK'S OFFICE
DETROIT

        Defendants.

---

**DEBORAH L. GORDON, PLC**
**Deborah L. Gordon (P27058)**
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 275
Bloomfield Hills Michigan 48304
Telephone 248 258 2500
Facsimile 248 258 7882

**GARAN LUCOW MILLER PC**
**Thomas F. Myers (P18146)**
**Thomas R. Paxton (P36214)**
Attorneys for Defendants
1000 Woodbridge
Detroit Michigan 48207-3921
Telephone 313 446 1530
Facsimile 313 259 0450

---

### JURY VERDICT FORM

We, the Jury, make the following answers to the questions submitted by the Court:

### LIABILITY

**QUESTION 1**

Did Plaintiff have a legitimate expectation of just cause-only termination?

Answer: _YES_ (yes or no).

**If "Yes" answer Questions 2 through 4.**

**If "No" skip to Question 4.**

## QUESTION 2

Did Defendants have just cause to terminate Plaintiff's employment?

Answer (yes or no): _NO_

## QUESTION 3

Were Plaintiff's Due Process right's violated?

Answer (check any that apply):

Yes, Defendants denied her a pre-termination hearing _YES_

Yes, Defendants denied her a post-termination hearing _YES_

No, she was afforded both a pre-termination and post-termination hearing _____

## QUESTION 4

Did a Defendant defame Plaintiff?

Answer (check any that apply):

Yes, Defendant Harkins _YES_

Yes, Defendant 48th District Court _YES_

No _____

**If you answered "No" to Questions 1 AND 4 stop here.**
**Sign the verdict form and return to the Clerk.**

2

## DAMAGES

**Only answer Questions 5 through 9 if you answered "Yes" to Question 2, 3 or 4.**

### QUESTION 5

What is the total amount of the Plaintiff's damages to present date for lost compensation?

Answer: $ 55,000

### QUESTION 6 (answer only if you answer "yes" to Question 3 or 4)

What is the total amount of Plaintiff's damages to present date for mental anguish, embarrassment, humiliation, mortification, and damage to professional reputation ?

Answer: $ 250,000

### QUESTION 7

If you find that Plaintiff will incur future damages for lost compensation, give the total amount for each year in which the Plaintiff will incur such loss:

Answer:

For 2007 $ 29,000                    For 2015 $ _____

For 2008 $ 30,000                    For 2016 $ _____

For 2009 $ 31,000                    For 2017 $ _____

For 2010 $ 32,000                    For 2018 $ _____

For 2011 $ 33,000                    For 2019 $ _____

For 2012 $ 34,000                    For 2020 $ _____

For 2013 $ _____           For 2021 $ _____

For 2014 $ _____           For 2022 $ _____

For 2023 $_____

Thereafter: $_____


## QUESTION 8 (answer only if you answer "yes" to question 3 or 4)

If you find that Plaintiff will incur future damages for mental anguish, embarrassment, humiliation, mortification, and/or damage to professional reputation, give the total amount for each year in which the Plaintiff will incur such loss:

Answer:

For 2007 $_____        For 2021 $_____

For 2008 $_____        For 2022 $_____

For 2009 $_____        For 2023 $_____

For 2010 $_____        Thereafter: $_____

For 2011 $_____

For 2012 $_____

For 2013 $_____

For 2014 $_____

For 2015 $_____

For 2016 $_____

For 2017 $_____

For 2018 $_____

For 2019 $_____

For 2020 $_____

**Question 9**

If you feel that exemplary or punitive damages are appropriate, give the total amount for such damages for the items listed:

Damages against Defendant Harkins for
violation of Plaintiff's Due Process Rights        $500,000

Damages against Defendant Harkins for
defamation        $500,000

Damages against Defendant 48th District
Court for defamation        $1,500,000

## SIGN VERDICT FORM AND RETURN TO CLERK

s/Jury Foreperson

SIGNED        JURY FOREPERSON        -DATE: December 12, 2006