UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE HORTON,

    Plaintiff,

vs.

CASE NO. 2005-72356

48th DISTRICT COURT *for Birmingham, Bloomfield Hills, Sylvan Lake, Keego Harbor, Orchard Lake Village, and the Townships of Bloomfield and West Bloomfield;* and JAMES P. HARKINS, JR., *individually and in his official capacity,*

HONORABLE SEAN F. COX

    Defendants.

---

**DEBORAH L. GORDON, PLC**
**Deborah L. Gordon (P27058)**
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 275
Bloomfield Hills Michigan 48304
Telephone 248 258 2500
Facsimile 248 258 7882

**GARAN LUCOW MILLER PC**
**Thomas F. Myers (P18146)**
**Thomas R. Paxton (P36214)**
Attorneys for Defendants
1000 Woodbridge
Detroit Michigan 48207-3921
Telephone 313 446 1530
Facsimile 313 259 0450

---

## JUDGMENT IN A CIVIL CASE

At a session of said Court held in the
Theodore Levin United States Courthouse
Detroit, Michigan

on   12-21-06

**PRESENT: HONORABLE SEAN F. COX**
United States District Judge

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on December 12, 2006, **NOW, THEREFORE,**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered jointly and severally in favor of Plaintiff Michelle Horton and against Defendants 48th District Court and James P. Harkins, Jr., in his individual and official capacity, for damages in the following amounts:

| | |
|---|---:|
| Economic Damages to Date: | $ 55,000.00 |
| Future Economic Damages for 2007: | 29,000.00 |
| Future Economic Damages for 2008: | 30,000.00 |
| Future Economic Damages for 2009: | 31,000.00 |
| Future Economic Damages for 2010: | 32,000.00 |
| Future Economic Damages for 2011: | 33,000.00 |
| Future Economic Damages for 2012: | 34,000.00 |
| Emotional Distress Damages to Date: | 250,000.00 |
| Punitive and Exemplary Damages against Defendant Harkins for Violation of Plaintiff's Due Process Rights | 500,000.00 |
| Exemplary Damages against Defendant Harkins for Defamation | 500,000.00 |
| Exemplary Damages against Defendant 48th District Court for Defamation | <u>1,500,000.00</u> |
| **For total damages of:** | **$ 2,994,000.00** |

Statutory costs, fees, and interest may be separately entered.

_____  12/21/06
**UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM

Deborah L. Gordon

2