UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE HORTON,

    Plaintiff,

Case No. 05-72356

v.

Hon. Sean F. Cox

48th DISTRICT COURT, et al,

    Defendants.
_____/

## ORDER VACATING JUDGMENT IN A CIVIL CASE
## DATED DECEMBER 21, 2006

On December 21, 2006, this Court entered a Judgment In a Civil Case.

IT IS HEREBY ORDERED that the Judgment is VACATED as the parties have resolved this matter.

SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: December 22, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 22, 2006, by electronic and/or ordinary mail.

                                                S/Timilyn M. Katsaros
                                                Administrative Assistant